UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**GABBI LEMOS**,

    Plaintiff,

  v.

**COUNTY OF SONOMA, *et al.*,**

    Defendants.

Case No. 15-cv-5188-YGR

**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE**

An Initial Case Management Conference ("CMC") is set for February 29, 2016. (Dkt. No. 18.) The parties failed to file a joint CMC statement by the February 22, 2016 deadline. (*See id*.; Standing Order in Civil Cases ¶ 6). Thus, the Court **CONTINUES** the CMC to **March 14, 2016** at **2:00 p.m**.

Moreover, the parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a joint CMC statement. The Court also **SETS** an Order to Show Cause hearing for **March 14, 2016** at **2:00 p.m**. Both the CMC and the Order to Show Cause hearing will be held in Courtroom 1 of the Federal Courthouse at 1301 Clay Street, Oakland, California.

By no later than **March 7, 2016**, the parties shall file: (1) a JOINT CMC statement, including a statement that counsel have reviewed the Local Rules and Standing Orders with respect to their responsibilities; and (2) a written response to this Order to Show Cause, indicating why they should not be sanctioned for failing to file the required statement by the deadline. As provided by Local Rule 16-10, lead trial counsel for each party must attend the conference. Telephonic appearances will not be permitted. Failure to file a joint statement, written response, or to appear at the hearing will be deemed an admission that no good cause exists for the failure and that imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: February 23, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**