UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABBI LEMOS**, <br> Plaintiff, <br> v. <br> **COUNTY OF SONOMA**, ***et al.***, <br> Defendants. | Case No.  15-cv-5188-YGR <br><br> **ORDER VACATING ORDER TO SHOW CAUSE** |

The Court's Order to Show Cause dated February 23, 2016 (Dkt. No. 19) is **VACATED**.

**IT IS SO ORDERED.**

Dated: February 25, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**