AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GABBI LEMOS, <br>                       Plaintiff (s), <br> V. <br> COUNTY OF SONOMA, et al., <br>                       Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 15-CV-05188 YGR |

Notice is hereby given that, subject to approval by the court, __Sonoma County Defendants__ substitutes
(Party (s) Name)

__Richard W. Osman__, State Bar No. __167993__ as counsel of record in
(Name of New Attorney)

place of __Raymond J. Fullerton, Jr. and Steven Corson Mitchell__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          Bertrand, Fox, Elliot, Osman & Wenzel
    Address:             2749 Hyde Street
    Telephone:         (415) 353-0999         Facsimile  (415) 353-0990
    E-Mail (Optional):    rosman@bfesf.com

I consent to the above substitution.
Date:   March 7, 2016                         Janell Crane for Sonoma County Defendants
                                                                       (Signature of Party (s))

I consent to being substituted.
Date:   March 7, 2016                         Raymond J. Fullerton, Jr.
                                                                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   March 7, 2016
                                                                         (Signature of New Attorney)
                                                              Richard W. Osman

The substitution of attorney is hereby approved and so ORDERED.

Date:   March 17, 2016                                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]