UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABBI LEMOS**, <br>     Plaintiff, <br>   v. <br> **COUNTY OF SONOMA, ET AL.**, <br>     Defendants. | Case No. 15-cv-05188-YGR <br><br> **ORDER RE: CASE MANAGEMENT CONFERENCE** |

Due to the Court's schedule, the Case Management Conference set for Monday, April 11, 2016 needs to be postponed. The parties shall meet and confer and contact the Courtroom Deputy Frances Stone at ygrcrd@cand.uscourts.gov by April 7, 2016 at 5 p.m., with their availability for a telephonic conference beginning no earlier than 8 a.m. on April 14, 2016 or April 15, 2016 (providing at least two proposed times), along with dial-in information for the teleconference.

**IT IS SO ORDERED.**

Dated: April 6, 2016

                                        **YVONNE GONZALEZ ROGERS** <br>
                                        **UNITED STATES DISTRICT COURT JUDGE**