John H. Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9601
Facsimile:  (415) 561-9609
E-mails: john@scottlawfirm.net;

Izaak D. Schwaiger, SBN 267888
527 Mendocino Avenue Ste. B
Santa Rosa, CA 95401
Tel. (707) 595-4414
Facsimile: (707) 595-4473
E-mail: izaak@izaakschwaiger.com

Attorneys for Plaintiff GABBI LEMOS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABBI LEMOS,<br><br>    Plaintiff,<br><br>        v.<br><br>COUNTY OF SONOMA, STEVE FREITAS, MARCUS HOLTON, and DOES 1-25, inclusive.<br><br>    Defendants. | Case No. CV-15-05188 YGR<br><br>**JOINT UPDATE AND REQUEST FOR FURTHER STAY OF CIVIL PROCEEDINGS PENDING RESOLUTION OF PENDING CRIMINAL PROCEEDINGS**<br><br>**Compliance Hearing Date:   July 22, 2016**<br>**Time:  9:00 a.m.**<br>**Courtroom 1, 4th Floor**<br>**Judge: Hon. Yvonne Gonzalez-Rogers** |

The Parties jointly submit this update as ordered by the Court in its Order at Dkt. No. 30 filed on April 18, 2016 in advance of the compliance hearing set on July 22, 2016.

On April 15, 2016 the parties filed a stipulation requesting this matter be stayed pending the outcome of plaintiff's criminal prosecution because her criminal case arose out of her conduct

1  during the same incident that gave rise to this civil case.  The court stayed this case on April 18, 2016.

Plaintiff's criminal proceeding, after being continued, now is currently set for trial on August 18, 2016.

The Parties therefore request that the stay in this matter be extended during the pendency of plaintiff's pending criminal proceedings because of potential issues related to *Heck v. Humphrey*, 512 U.S. 477 (1994) and because plaintiff will not waive her right to assert in this civil lawsuit her 5th amendment rights against self-incrimination.

Dated:  July 13, 2016                                Respectfully submitted,

**SCOTT LAW FIRM**

By:  /s/John Houston Scott\_
    John Houston Scott
    Attorneys for Plaintiff GABBI LEMOS

**LAW OFFICES OF IZAAK D. SCHWAIGER**

Dated:  July 13, 2016

By:  /s/Izaak D. Schwaiger \_
    Izaak D. Schwaiger
    Attorneys for Plaintiff GABBI LEMOS

Dated:  July 13, 2016                                **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

By:  /s/Richard W. Osman \_\_          \_\_\_
     Richard W. Osman
    Attorneys for Defendants COUNTY OF SONOMA, STEVE FREITAS, and MARCUS HOLTON

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

## **ORDER**

WHEREFORE, pursuant to stipulation of the parties, it is hereby ordered that this matter is stayed pending the outcome of the plaintiff's pending criminal proceedings.

Date: _____                    _____
                                         The Honorable Yvonne Gonzales Rogers
                                         Judge for the United States District Court
                                         Northern District of California