UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABBI LEMOS,

          Plaintiff,

    v.

COUNTY OF SONOMA, et al.,

          Defendants.

Case No. 15-cv-05188-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 10, 2018 at 2:00 p.m. |
| REFERRED TO ADR for ENE TO BE COMPLETED BY: | November 9, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | January 1, 2019 |
| DISCLOSURE OF EXPERT REPORTS: <br><br> ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: January 14, 2019 <br> Rebuttal: January 28, 2019 |
| EXPERT DISCOVERY CUTOFF: | February 11, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | March 26, 2019 [Filed by February 19, 2019] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, May 24, 2019 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 31, 2019 |
| PRETRIAL CONFERENCE: | Friday, June 14, 2019 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, July 15, 2019 at 8:30 a.m. (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, May 24, 2019 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 12, 2018

YVONNE GONZALEZ ROGERS
United States District Judge