# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABBI LEMOS,** | CASE NO. 15-cv-05188-YGR |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| | Re: Dkt. No. 60 |
| **COUNTY OF SONOMA, ET AL.,** | |
| Defendants. | |

Pursuant to the Court's Order filed on January 29, 2019, granting the Motion for Summary Judgment filed by the County of Sonoma, Steve Freitas, and Marcus Holton (together, the "County Defendants"), (Dkt. No. 60), the Court enters judgment for the County Defendants and against plaintiff Gabbi Lemos.

**IT IS SO ORDERED.**

Dated: January 29, 2019

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**