John H. Scott, State Bar No. 72578
Lizbeth N. de Vries, State Bar No. 227215
SCOTT LAW FIRM
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9601
Facsimile:  (415) 561-9609
E-mail: john@scottlawfirm.net

Izaak D. Schwaiger, State Bar No. 267888
LAW OFFICES OF IZAAK D. SCHWAIGER
527 Mendocino Avenue Ste. B
Santa Rosa, CA 95401
Telephone. (707) 595-4414
Facsimile:  (707) 595-4473
E-mail: izaak@izaakschwaiger.com

Attorneys for Plaintiff
GABBI LEMOS

Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No.  278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
scrawford@bfesf.com

Attorneys for Defendants
COUNTY OF SONOMA, STEVE FREITAS, and MARCUS HOLTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABBI LEMOS,<br><br>　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, STEVE FREITAS, MARCUS HOLTON, and DOES 1-25, inclusive.<br><br>　　　Defendants. | Case No. 15-CV-05188 YGR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release executed by and between the parties identified herein, the undersigned, counsel of record for GABBI LEMOS and defendants COUNTY OF SONOMA, STEVE FREITAS and MARCUS HOLTON, respectively, do hereby agree and stipulate that the above-referenced case be dismissed, in its entirety and with prejudice, as to all defendants.  Each party shall bear their own attorneys' fees and costs.

　　　**IT IS SO STIPULATED.**

1

STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
Lemos v. County of Sonoma, et al.; USDC Northern District Case No. 15-CV-05188 YGR

Dated: November 27, 2023                SCOTT LAW FIRM

                                        By:    */s/ John Houston Scott*
                                               John Houston Scott
                                               Attorneys for Plaintiff
                                               GABBI LEMOS

Dated: November 27, 2023                LAW OFFICES OF IZAAK D. SCHWAIGER

                                        By:    */s/ Izaak D. Schwaiger*
                                               Izaak D. Schwaiger
                                               Attorneys for Plaintiff
                                               GABBI LEMOS

Dated: November 27, 2023                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                        By:    */s/ Richard W. Osman*
                                               Richard W. Osman
                                               Sheila D. Crawford
                                               Attorneys for Defendants
                                               COUNTY OF SONOMA, STEVE FREITAS,
                                               and MARCUS HOLTON

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: November 27, 2023                By:    */s/ Richard W. Osman*
                                               Richard W. Osman

2

STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
Lemos v. County of Sonoma, et al.; USDC Northern District Case No. 15-CV-05188 YGR

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' STIPULATION OF DISMISSAL set forth above, the Court hereby orders that:

1. The above-captioned case be dismissed, in its entirety and with prejudice.
2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED

DATED: November 27, 2023

_____
UNITED STATES DISTRICT COURT JUDGE